**94–1982.** State v. Buhrman. *Montgomery County,* No. 14598. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–2008.** State v. Lamb. *Lorain County,* No. 93CA005665. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–2068.** In re William S. *Erie County,* No. E–93–58. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue (called the "question presented") found at pages 18–19 of the court of appeals' Opinion and Judgment Entry, filed September 2, 1994.

WRIGHT, J., dissents.